UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **KAREN RANNEY, et al.** | : | **Case No.: 1:08CV137** |
| **Plaintiffs,** | : | **(Judge Dlott)** |
| vs. | : | |
| **AMERICAN AIRLINES, INC., et al.** | : | **AMENDED COMPLAINT** |
| **Defendants.** | : | |

Comes now Plaintiffs, by and through counsel and amends their Complaint, as follows:

1. This Complaint is being amended once as a matter of right pursuant to Federal Rules of Civil Procedure 15. There has been no Answer or Rule 12 B motion filed.

2. The purpose of this Amended Complaint is to add Plaintiffs.

3. Enid Sunderman is a female 44 years of age who has worked at American Airlines for 21 years. Her circumstances prevent her from taking the home based option or transferring to Texas.

4. Angie Craigo is over 40 years old and has worked for American Airlines for 22 years.

5. Lynne S. Glandorf is 55 years old and has worked at American Airlines and worked for American Airlines for 28 years.

6. Alan Sefakis is 53 years old and has worked for American Airlines for 17 years.

7. Mary Fetick is 45 years old and has worked for American Airlines for 19 years.

8. Janet Henderson is 55 years old and has worked for American Airlines for 18 years.

9. Holly Greene is 45 years old and has worked for American Airlines for 18 years.

10. Sharon Hazard is 48 years old and has worked for American Airlines for 24 years.

11. Jillda Elsener is 53 years old and has worked for American Airlines for 31 years. Her circumstances prevent her from taking the home based option or transferring to

Texas.

12. Linda Stiers is 52 years old and has worked for American Airlines for 28 years. Her circumstances prevent her from transferring to Texas.

13. Jennifer West's name should be Jannifer West.

14. Teresa Turner is 44 years old and has worked for American Airlines for 23 years.

15. Sharon Neese's name should be Sharon Meese.

16. Phyllis Wellman is 52 years old and has worked for American Airlines for 32 years.

17. Mary Hedrick is 45 years old and has worked for American Airlines for 21 years.

18. Sheila Battle is 46 years old and has worked for American Airlines for 21 years.

19. Joanne Shreve is 55 years old and has worked for American Airlines for 25 years.

20. Pamela Smith is over 40 years old.

21. Evette McClure is 40 years old and has worked for American Airlines for 19 years.

22. Rachel Dawson is 40 years old and has worked for American Airlines for 19 years.

23. Chris Dickey is 45 years old and has worked for American Airlines for 21 years.

24. Michelle Bors is over 40 years old and works at American Airlines.

25. Madeline Olongmire should be Madeline Longmire.

26. David Bennett is over 40 years old and has worked for American Airlines for over 21 years.

27. Kris Niemeyer is over 40 years old and has worked for American Airlines for over 31 years.

28. Ryna Raj is 42 years old and has worked for American Airlines for 19 years.

29. Gail Kommenovich is 51 years old and has worked for American Airlines for 28 years.

30. Linda Starkey is over 40 years old and works at American Airlines.

31. Jackie Henthorn is over 40 years old and works at American Airlines.

32. Judith Gibson is 58 years old and has worked for American Airlines for 18 years.

33. Donna Langenbrunner is 51 years old and has worked for American Airlines for 29

years.

34. Shauna Zomora is 51 years old and has worked for American Airlines for 24 years.
35. Yemula Adkins is over 40 years old and has worked for American Airlines for 14 years.
36. Patricia Thornton is 45 years old and has worked for American Airlines for 21 years.
37. Cathy Scott is 55 years old and has worked for American Airlines for 28 years.
38. Suzanne Martin is 54 years old and has worked for American Airlines for 35 years.
39. Anita Thomas is 52 years old and has worked for American Airlines for 21 years.
40. Laurie Herald is 44 years old and has worked for American Airlines for 23 years.
41. Karen Saab is 50 years old and has worked for American Airlines for 23 years.
42. Nancy Dahlenburg is over 40 years old and works for American Airlines.
43. Chris Thornton is 45 years old and has worked for American Airlines for 21 years.
44. Gail Walter is 45 years old and has worked for American Airlines for 24 years.
45. Gayla Wintzinger is 47 years old and has worked for American Airlines for 22 years.
46. Virginia Hall is 63 years old and has worked for American Airlines for 19 years.
47. Jean Haley is over 40 years old and works for American Airlines.
48. Melissa Blankenship is 42 years old and has worked for American Airlines for 20 years.
49. LaVerne Chancellor is 52 years old and has worked for American Airlines for 24 years.
50. Pamela Smith is 41 years old and has worked for American Airlines for 18 years.
51. Sheri Brown is over 40 years old and has worked for American Airlines for 35 years.
52. Becky Taylor is over 40 years old and works at American Airlines.
53. Kelly Elam is 47 years old and has worked at American Airlines for 23 years.

54. Julie Hunley is 45 years old and has worked at American Airlines for 20 years.

55. Linda Cooper is 46 years old and has worked for American Airlines for 3 years.

56. Sharyn Barbiea is over 40 years old and works at American Airlines.

57. Linda Byers is over 40 years old and has worked at American Airlines for 18 years.

58. Angela Simons is 51 years old and has worked at American Airlines for 30 years.

59. Vernice Fessel is over 40 years old and has worked at American Airlines for 29 years.

60. Vickie Thomas is 47 years old and has worked at American Airlines for 23 years.

61. Nancy Gwinn is 48 years old and has worked for American Airlines for 21 years.

62. Lori Seymour is 46 years old and has worked for American Airlines for 21 years.

63. Olivia Saylor is over 4 years old and works at American Airlines.

64. Denise Coggins is over 40 years old and works at American Airlines.

65. Geraldine Robinson is over 40 years old and works at American Airlines.

66. Robin Henderson is 52 years old and has worked at American Airlines for 23 years.

67. Victoria Broadnax is 51 years old and has worked at American Airlines for 22 years.

Wherefore Plaintiffs seek all relief they are entitled in their Complaint.

Respectfully submitted,

/s/Eric C. Deters
ERIC C. DETERS
Eric C. Deters & Associates
5247 Madison Pike
Independence, Kentucky 41051
(859) 363-1900 - telephone
(859) 363-1444 - facsimile

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing was electronically filed with the Clerk of Courts this 31st day

of March, 2008 through the CM/ECF system which will send notification of such filings, via electronic mail, to  the following:

William R. Ellis
Amanda C. Wiley
Roetzel & Andress
35 West Wacker Drive
Chicago, IL 60601
Counsel for Defendants

                                            **/s/ ERIC C. DETERS**
                                            Eric C. Deters