**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KAREN K. RANNEY<br>4407 Street Francis Drive<br>Independence, KY 41051 | : | CASE NO.: 1-08-CV-137 |
| | : | |
| | : | Judge Michael R. Barrett |
| | : | |
| DENISE ABT<br>6826 Kenbyrne Court<br>Cincinnati, OH 45239 | : | **PLAINTIFFS' THIRD** |
| | : | **AMENDED CLASS ACTION AND** |
| | : | **COLLECTIVE ACTION COMPLAINT** |
| | : | **FOR AGE AND SEX DISCRIMINATION** |
| YEMULA ADKINS<br>4936 Logsdons Meadow Drive<br>Liberty Township, OH  45011 | : | |
| | : | **JURY DEMAND ENDORSED HEREON** |
| | : | |
| LARRY AVERBECK<br>807 Greer Avenue<br>Covington, KY 41011 | : | |
| | : | |
| | : | |
| KAREN BAILLIE<br>4310 Nixon Road<br>Rising Sun, IN 47040 | : | |
| | : | |
| | : | |
| CYNTHIA BAKER<br>8663 Brent Drive<br>Cincinnati, OH 45231 | : | |
| | : | |
| | : | |
| SHARYN BARBIEA<br>2316 Joyce Avenue<br>Newport, KY 41071 | : | |
| | : | |
| | : | |
| MARVELENE BARR<br>3053 Westknolls Lane<br>Cincinnati, OH 45211 | : | |
| | : | |
| | : | |
| TAMARA BARTON<br>1550 Thornberry Road<br>Amelia, OH 45102 | : | |
| | : | |
| | : | |
| SHEILA BATTLE<br>P.O. Box 24363<br>Cincinnati, OH 45224 | : | |
| | : | |
| | : | |
| DAVID BENNETT<br>1510 Monroe Street<br>Covington, KY 41014 | : | |
| | : | |

NANCY BINGHAM                          :
2970 Douglas Terrace
Cincinnati, OH 45212                   :

                                       :

MELISSA BLANKENSHIP                    :
4812 Dartmouth Drive
Burlington, KY 41005                   :

                                       :

MICHELLE BORS                          :
604 Linden Street
Ludlow, KY 41016                       :

                                       :

VICTORIA BROADNAX                      :
2549 Hackberry Street
Cincinnati, OH 45206                   :

                                       :

ELAINE BROCK                           :
23 Wilbers Lane
Fort Thomas, KY 41075                  :

                                       :

SHERI BROWN                            :
126 Sanders Drive
Florence, KY 41042                     :

                                       :

LINDA BYERS                            :
445 Elk Lake Resort Road
Owenton, KY 40359                      :

                                       :

DIANNA CAMERON-THOMAS                  :
5486 Cedar Breaks Court
Fairfield, OH 45014                    :

                                       :

LAVERNE R. CHANCELLOR                  :
6404 Montgomery Road, Apt. #1
Cincinnati, OH  45213                  :

                                       :

PAMELA CHILDERS                        :
90 Gettysburg Square Road, Apt. #92
Ft. Thomas, KY 41075                   :

                                       :

DENISE M. COGGINS                      :
1534 Beaverton
Cincinnati, OH 45237                   :

                                       :

MARY BETH CONRADI                      :
3056 Lindsey Drive
Edgewood, KY 41017                     :

                                       :

-2-

LINDA COOPER                                        :
                                                   :
ANGIE CRAGO                                         :
744 Wards Corner Road                              :
Loveland, OH 45140                                 :
                                                   :
KIM M. CROSBY                                       :
5072 Eaglesview Drive                              :
Cincinnati, OH 45244                               :
                                                   :
NANCY DAHLENBURG                                    :
108 Robson Avenue, Apt. #3                         :
Ft. Thomas, KY 41075                               :
                                                   :
ROBIN DAVIS-HENDERSON                               :
1332 Chapel Street, Apt. #2                        :
Cincinnati, OH 45206                               :
                                                   :
ROCHELL DAWSON                                      :
6621 S. Oak Knoll Drive                            :
Cincinnati, OH 45224                               :
                                                   :
DEBORAH DORSEL                                      :
1150 Parkside Drive                                :
Alexandria, KY 41001                               :
                                                   :
LORI A. DUENHOFT                                    :
5540 Raceview Avenue                               :
Cincinnati, OH 45248                               :
                                                   :
NANCY EGAN                                          :
1021 Woodway Drive                                 :
Villa Hills, KY 41017                              :
                                                   :
KELLY ELAM                                          :
2653 Ten Mile Road                                 :
Melbourne, KY  41059                               :
                                                   :
JILL ELSENER                                        :
2927 Minot Avenue                                  :
Cincinnati, OH 45209                               :
                                                   :
EDWARD EMRATH                                       :
541 Tuscany Valley Court, Apt. #6                  :
Crestview Hills, KY 41017                          :

VERNICE FESSEL                              :
1376 Anderson Ferry Road                    :
Cincinnati, OH 45238                        :
                                            :
MARY FETICK                                 :
2594 Laura Lane                             :
Cincinnati, OH  45212                       :
                                            :
JUDITH GIBSON                               :
11651 Norbourne Drive, Unit #606            :
Cincinnati, OH 45240                        :
                                            :
LYNNE GLANDORF                              :
6148 Squirrelwoods Lane                     :
Cincinnati, OH 45247                        :
                                            :
GARY R. GOODWIN                             :
60 Donnelly Drive                           :
Ft. Thomas, KY 41075                        :
                                            :
HOLLY GREENE                                :
710 Lullaby Court                           :
Cincinnati, OH  45238                       :
                                            :
JANICE GRUBER                               :
1686 Emerald Glade Lane                     :
Cincinnati, OH 45255                        :
                                            :
NANCY GWINN                                 :
462 McIntosh Drive                          :
Cincinnati, OH 45255                        :
                                            :
JEAN HALEY                                  :
1000 Hickory Trace Drive                    :
Wilmington, OH 45177                        :
                                            :
VIRGINIA HALL                               :
1113 Bank Street                            :
Cincinnati, OH 45214                        :
                                            :
DEBORAH HARPER                              :
848 East Mitchell Avenue, #1                :
Cincinnati, OH 45229                        :
                                            :
VIVIAN HARVEY                               :
3526 Powner Road                            :
Cincinnati, OH 45248                        :
                                            :

-4-

GREGORY HASTINGS                          :
807 Greer Avenue                          :
Covington, KY 41011                       :
                                          :
SHARON HAZARD                             :
269 Earnshaw Avenue                       :
Cincinnati, OH 45219                      :
                                          :
MARY HEDRICK                              :
380 Caroline Street                       :
New Richmond, OH 45157                    :
                                          :
ELIZABETH HELBLING                        :
310 Garrard Street, Apt. #2               :
Covington, KY 41011                       :
                                          :
JANET L. HENDERSON                        :
1562 Shady Cove Lane                      :
Florence, KY 41042                        :
                                          :
JACKIE HENTHORN                           :
3439 Cheviot Avenue                       :
Cincinnati, OH 45211                      :
                                          :
LAURIE HERALD                             :
3118 Beech Avenue                         :
Covington, KY 41015                       :
                                          :
JULIE HUNLEY                              :
13478 Service Road                        :
Walton, KY 41094                          :
                                          :
AMIEL ISRAEL                              :
6607 Plainfield Road                      :
Cincinnati, OH 45236                      :
                                          :
THERESA L. (TERRI) JANSZEN                :
25 Sabre Drive                            :
Cold Spring, KY 41076                     :
                                          :
DARRYL JONES                              :
2887 Springdale Road                      :
Cincinnati, OH 45251                      :
                                          :
DERRYN JONES                              :
3548 Larkspur Avenue                      :
Cincinnati, OH 45208                      :
                                          :

-5-

GRACE ANN KILGORE                    :
1811 Franklin Meadows                :
New Richmond, OH 45157               :
                                     :
AMY KINDT                            :
113 West Orchard                     :
Ft. Mitchell, KY 41011               :
                                     :
DEBORAH KOESTER                      :
710 Linden Avenue                    :
Newport, KY 41071                    :
                                     :
GAIL KOMNENOVICH                     :
154 Kentucky Drive                   :
Newport, KY 41071                    :
                                     :
LINDA KRAMER                         :
                                     :
DONNA LANGENBRUNNER                  :
6629 Muddy Creek Road                :
Cincinnati, OH 45233                 :
                                     :
SUSAN M. LARSON                      :
10967 Appaloosa Drive                :
Richwood, KY 41094                   :
                                     :
NANCY LEEDY                          :
936 Outlook Ridge Lane               :
Villa Hills, KY 41017                :
                                     :
LAURA LEHMKUHL                       :
3306 Rainbow Terrace                 :
Erlanger, KY 41018                   :
                                     :
MADELINE LONGMIRE                    :
1539 Northwood Drive                 :
Cincinnati, OH 45237                 :
                                     :
GINA MARQUARDT                       :
2701 Ridgecrest Lane                 :
Covington, KY 41017                  :
                                     :
SUZANNE MARTIN                       :
3807 Brogan Court                    :
Burlington, KY 41005                 :

DONNA MAUPIN                              :
6219 South Dixie Highway                  :
Franklin, OH 45005                        :
                                          :
EVETTE MCCLURE                            :
513-348-8416                              :
                                          :
SHARON MEESE                              :
2190 Tantallon Drive                      :
Ft. Mitchell, KY  41017                   :
                                          :
URSULA MINOR                              :
3840 Enterprise Circle                    :
Cincinnati, OH 45252                      :
                                          :
PATTIE MURPHY                             :
                                          :
LISA NESSLER                              :
246 Bluegrass Avenue                      :
Southgate, KY 41017                       :
                                          :
LINDA MARIE NIEHAUS                       :
10150 Tiburon Drive                       :
Florence, KY 41042-3133                   :
                                          :
KRIS NIEMEYER                             :
3626 WaLaneut Park Drive                  :
Alexandria, KY 41001                      :
                                          :
JEANIE NORTON                             :
40895 White Road                          :
Albany, OH 45710                          :
                                          :
LEEANN O'ROURKE                           :
149 Greenhill Drive                       :
Covington, KY 41017                       :
                                          :
ARACELI ORTIZ                             :
3523 Mary Ann Lane                        :
Cincinnati, OH 45213                      :
                                          :
SHERMAINE OWENS                           :
2100 Sinton Avenue, Unit #5               :
Cincinnati, OH 45206                      :
                                          :
LOUISE PFAEHLER                           :
6316 Bedford Street                       :
Cincinnati, OH 45227                      :

-7-

ROBIN POTTEBAUM                                    :
8260 Gwilada Drive                                 :
Cincinnati, OH 45236                               :
                                                   :
RYNA RAJAGOPAL                                     :
2555 Civic Center Drive                            :
Cincinnati, OH 45231                               :
                                                   :
CHARLES REYNOLDS                                   :
5057 Sandman Drive, Apt. #123                      :
Taylor Mill, KY 41015                              :
                                                   :
GERALDINE ROBINSON                                 :
6205 Manuel Street                                 :
Cincinnati, OH 45227                               :
                                                   :
LANA ROBINSON                                      :
456 Happy Drive                                    :
Cincinnati, OH 45238                               :
                                                   :
DEBORAH ROGERS                                     :
2232 Clarkston Lane                                :
Union, KY 41091                                    :
                                                   :
KAREN SAAB                                         :
6072 Muddy Creek Road                              :
Cincinnati, OH 45233                               :
                                                   :
OLIVIA SAYLOR                                      :
                                                   :
SUZANNE SANCHEZ                                    :
1090 Loveland-Madeira Road, #5                     :
Loveland, OH 45140                                 :
                                                   :
MICHAEL SCHERPENBERG                               :
801 Jilbe Lane                                     :
Loveland, OH 45140                                 :
                                                   :
KAMA D. SCHNEIDER                                  :
1007 Vixen Drive                                   :
Cincinnati, OH 45245                               :
                                                   :
CATHY SCOTT                                        :
                                                   :
ALAN SEFAKIS                                       :
                                                   :

JUDY SEXTON                                          :
1808 Devils Backbone Road                            :
Cincinnati, OH 45233                                 :
                                                     :
LORI J. SEYMOUR                                      :
6522 Britton Avenue                                  :
Cincinnati, OH 45227                                 :
                                                     :
JOANNE D. SHREVE                                     :
3544 Saybrook Avenue                                 :
Cincinnati, OH 45208                                 :
                                                     :
ANGELA K. SIMONS                                     :
12 Abi Lane                                          :
Ft. Thomas, KY 41075                                 :
                                                     :
KATHY SKETCH                                         :
3501 LincoLane Avenue                                :
Covington, KY 41015                                  :
                                                     :
PAMELA J. SMITH                                      :
414 Watkins Street, Apt. #1                          :
Covington, KY 41011                                  :
                                                     :
PATRICIA J. SMITH                                    :
2870 Mellwood Road                                   :
Hamilton, OH 45011                                   :
                                                     :
LISA STARKEY                                         :
6227 Rustler Court                                   :
Loveland, OH 45140                                   :
                                                     :
LORA STEPHENSON                                      :
1214 Chickadee Court                                 :
Edgewood, KY 41018                                   :
                                                     :
ERVIN STIERS                                         :
5118 Breckenridge                                    :
Cincinnati, OH 45247                                 :
                                                     :
LINDA STIERS                                         :
6539 Montevista Drive                                :
Cincinnati, OH 45224                                 :
                                                     :
DIANE STRICKER                                       :
974 Clough Pike                                      :
Cincinnati, OH 45245                                 :
                                                     :

-9-

ENID SUNDERMAN                          :
3736 Wieman Avenue                      :
Cincinnati, OH 45205                    :
                                        :
HEIDI TAMERIS                           :
11365 Pomo Court                        :
Cincinnati, OH 45249                    :
                                        :
REBECCA TAYLOR                          :
2110 Maryland Avenue                    :
Covington, KY 41014                     :
                                        :
ANITA J. THOMAS                         :
1128 Eastgate Drive                     :
Cincinnati, OH 45231                    :
                                        :
VICKI THOMAS                            :
1852 Blackstone Place                   :
Cincinnati, OH 45237                    :
                                        :
PATRICIA THORNTON                       :
821 West Galbraith Road                 :
Cincinnati, OH 45231                    :
                                        :
KRISTA TORBECK                          :
5623 Flagstone Way                      :
Milford, OH 45150                       :
                                        :
CHRISTOPHER TUKE                        :
3145 Clifford Avenue                    :
Latonia, KY 41015                       :
                                        :
DIANE S. TULL                           :
1057 Crisfield Drive                    :
Cincinnati, OH 45245                    :
                                        :
TERESA TURNER                           :
114 Holiday Lane                        :
Ft. Thomas, KY 41075                    :
                                        :
THERESA ANNETTE TYE                     :
8300 Wicklow Avenue                     :
Cincinnati, OH 45236                    :
                                        :
JULIANA UTZ                             :
10887 Appaloosa Drive                   :
Walton, KY 41094                        :
                                        :

-10-

GAIL WALTER                                        :
5664 Bischoff Hill Road                            :
West Harrison, IN 47060                            :
                                                   :
NANCY WALZ                                         :
970 Villa Drive                                    :
Villa Hills, KY 41017                              :
                                                   :
SHARRON WATKINS                                    :
1664 Continental Drive                             :
Cincinnati, OH 45246                               :
                                                   :
ROBIN WEBB                                         :
402 Millrace Drive                                 :
Cold Spring, KY 41076                              :
                                                   :
PHYLLIS WELLMAN                                    :
6235 Desmond Street                                :
Cincinnati, OH 45227                               :
                                                   :
JANNIFER L. WEST                                   :
6360 Cheviot Road, Unit #4                         :
Cincinnati, OH 45247                               :
                                                   :
BENITA SIMPSON WILLIAMS                            :
5924 Morning Dew Court                             :
Cincinnati, OH 45237                               :
                                                   :
PATRICIA MANN WILLIAMS                             :
3297 Wemyss Drive                                  :
Cincinnati, OH  45251                              :
                                                   :
GAYLA A. WINTZINGER                                :
7 Bookbinder Place                                 :
Fairfield, OH 45014                                :
                                                   :
CYNTHIA E. WISE                                    :
530 Aston View Lane                                :
Cleves, OH 45002                                   :
                                                   :
SHAUNA ZAMORA                                      :
735 Yorkhaven Road                                 :
Cincinnati, OH 45246                               :
                                                   :
(Individually and on behalf of all other          :
persons similarly situated)                        :
                                                   :
              Plaintiffs,                          :

|                                        | : |
| v.                                     | : |
|                                        | : |
| AMERICAN AIRLINES, INC.                | : |
| 4333 Amon Carter Boulevard             | : |
| MD 5675                                | : |
| Fort Worth, Texas 76155                | : |
|                                        | : |
| and                                    | : |
|                                        | : |
| AMR CORPORATION                        | : |
| 4333 Amon Carter Boulevard             | : |
| Fort Worth, Texas 76155                | : |
|                                        | : |
| Defendants.                            | : |

## INTRODUCTION - NATURE OF "COLLECTIVE ACTION" AND CLASS ACTION

Plaintiffs on behalf of themselves and all other members of the Plaintiff Class hereinafter described by way of Complaint, hereby state:

1.     This is a "collective action" and class action instituted by Plaintiffs as a result of Defendants' decision to close their Cincinnati Reservations Office and terminate Plaintiffs' employment.

2.     To pursue claims under the federal Age Discrimination in Employment Act as amended ("ADEA"), aggrieved persons are not permitted to institute "Rule 23" class actions, but rather are required to institute a "collective action" pursuant to Section 216 of the Fair Labor Standards Act ("FLSA").  Collective actions are substantially similar to traditional class actions, but require individuals to "opt in" to the litigation.

3.     To pursue claims under Ohio law for age and/or sex discrimination, aggrieved persons are permitted to institute Rule 23 class actions.

4.     Plaintiffs are bringing this action as a collective action under the ADEA and as a class action pursuant to Rule 23, F.R. Civ. P.

## PARTIES

5.      Defendant American Airlines is an international airline based in Fort Worth, Texas. American Airlines is a subsidiary of AMR Corporation. Defendant is headquartered in Fort Worth, Texas and maintains its principal place of business in Texas.

6.      Defendant AMR Corporation is a commercial aviation business and airline holding company headquartered in Fort Worth, Texas. AMR Corporation owns American Airlines. Defendant is headquartered in Fort Worth, Texas and maintains its principal place of business in Texas.

7.      Defendants are "employers" within the meaning of the ADEA and Ohio law.

8.      Plaintiff Karen Ranney is 50 years old and has worked for Defendants since December 8, 1986.

9.      Plaintiff Nancy Leedy is over 50 years old and is the Employee Advisory Council (EAC) Chairperson for Plaintiffs. Leedy began her employment with Defendant in March 1987.

10.      Plaintiff Elaine Brock is 52 years old and is an employee of Defendants.

11.      Plaintiff Pam Childers is 57 years old and has worked for Defendants for 24 years.

12.      Plaintiff Suzanne Sanchez is 56 years old and has worked for Defendants for 12 years.

13.      Plaintiff Robin Pottebaum is 50 years old and has worked for Defendants since 1980.

14.      Plaintiff Sharron Watkins is 48 years old and has worked for Defendants for 21 years.

15.      Plaintiff Diane Stricker is 43 years old and has worked for Defendants for 21 years.

16.      Plaintiff Vivian Harvey is 54 years old and has worked for Defendants for 13 years.

17.      Plaintiff Deborah Koester is 46 years old and has worked for Defendants for 23 years.

18.      Plaintiff Kama Schneider is 41 years old and has worked for Defendants fo 22 years.

19.      Plaintiff Lori Duenhoft is 44 years old and has worked for Defendants for 22 years.

20.     Plaintiff Araceli Ortiz is 41 years old and has worked for Defendants for 12 years.

21.     Plaintiff Derryn Jones is 42 years old has worked for Defendants for 21 years.

22.     Plaintiff Cynthia Wise is 58 years old and has worked for Defendants for 12 years.

23.     Plaintiff Patricia Mann Williams is 44 years old and has worked for Defendants for 18 years.

24.     Plaintiff Jean Haley is over 40 years old and is employed by Defendants.

25.     Plaintiff Linda Kramer is over 40 years old and has worked for Defendants for 20 years.

26.     Plaintiff Heidi Tameris is 49 years old and has worked for Defendants for over 12 years.

27.     Plaintiff Pattie Murphy is 48 years old and has worked for Defendants for 28 years.

28.     Plaintiff Robin Webb is over 40 years old and is employed by Defendants.

29.     Plaintiff Madeline Longmire is 46 years old and has worked for Defendants for 22 years.

30.     Plaintiff Sharon Meece is over 40 years old and has worked for Defendants for 21 years.

31.     Plaintiff Benita Simpson Williams is 44 years old and has worked for Defendants for 19 years.

32.     Plaintiff Deborah Harper is over 40 years old and is employed by Defendants.

33.     Plaintiff LeeAnn O'Rourke is 51 years old and is employed by Defendants.

34.     Plaintiff  Karen Baillie is 50 years old and has worked for Defendants for 31 years.

35.     Plaintiff Lora Stephenson is over 40 years old is employed by Defendants.

36.     Plaintiff Michael Scherpenberg is 45 years old and has worked for Defendants for 13 years.

-14-

37.     Plaintiff Deborah Dorsel is 43 years old and has worked for Defendants for 22 years.

38.     Plaintiff Tamara Barton is 45 years old and has worked for Defendants for 21 years.

39.     Plaintiff Denise Abt is 41 years old and has worked for Defendants for 22 years.

40.     Plaintiff Yemula Adkins is 43 years old and has worked for Defendants for 14 years.

41.     Plaintiff Larry Averbeck is 51 years old and has worked for Defendants for 29 years.

42.     Plaintiff Cynthia Baker is 49 years old and has worked for Defendants for 22 years.

43.     Plaintiff Sharyn Barbiea is 61 years old and has worked for Defendants for 23 years.

44.     Plaintiff Marvelene Barr is 43 years old and has worked for Defendants for 12 years.

45.     Plaintiff Sheila Battle is 45 years old and has worked for Defendants for 21 years.

46.     Plaintiff David Bennett is 49 years old and has worked for Defendants for 22 years.

47.     Plaintiff Nancy Bingham is 59 years old and has worked for Defendants for 25 years.

48.     Plaintiff Melissa Blankenship is 42 years old and has worked for Defendants for 21 years.

49.     Plaintiff Michelle Bors is 52 years old and has worked for Defendants for 18 years.

50.     Plaintiff Victoria Broadnax is 51 years old and has worked for Defendants for 22 years.

51.     Plaintiff Sheri Brown is 60 years old and has worked for Defendants for 36 years.

52.     Plaintiff Linda Byers is over 40 years old and has worked for Defendants for 18 years.

53.     Plaintiff Dianna Cameron-Thomas is 51 years old and has worked for Defendants for 23 years.

54.     Plaintiff LaVerne Chancellor is 52 years old and has worked for Defendants for 24 years.

55.     Plaintiff Denise Coggins is over 40 years old and has worked for Defendants for many years.

-15-

56.     Plaintiff Mary Beth Conradi is 47 years old and has worked for Defendants for 20 years.

57.     Plaintiff Linda Cooper is 46 years old and has worked for Defendants for 3 years.

58.     Plaintiff Angie Craigo is 52 years old and has worked for Defendants for 22 years.

59.     Plaintiff Kim Crosby is 46 years old and has worked for Defendants for 13 years.

60.     Plaintiff Nancy Dahlenburg is 42 years old and has worked for Defendants for 12 years.

61.     Plaintiff Robin Davis-Henderson is 52 years old and has worked for Defendants for 23 years.

62.     Plaintiff Rochell Dawson is 40 years old and has worked for Defendants for 19 years.

63.     Plaintiff Nancy Egan is 51 years old and has worked for Defendants for 13 years.

64.     Plaintiff Kelly Elam is 46 years old and has worked for Defendants for 23 years.

65.     Plaintiff Jill Elsener is 53 years old and has worked for Defendants for 32 years.

66.     Plaintiff Edward Emrath is 54 years old and has worked for Defendants for 14 years.

67.     Plaintiff Vernice Fessel is 51 years old and has worked for Defendants for 29 years.

68.     Plaintiff Mary Fetick is 45 years old and has worked for Defendants for 19 years.

69.     Plaintiff Judith Gibson is 58 years old and has worked for Defendants for 23 years.

70.     Plaintiff Lynne Glandorf is 54 years old and has worked for Defendants for 29 years.

71.     Plaintiff Gary Goodwin is 52 years old and has worked for Defendants for 32 years.

72.     Plaintiff Holly Greene is 45 years old and has worked for Defendants for 19 years.

73.     Plaintiff Janice Gruber is 60 years old and has worked for Defendants for 32 years.

74.     Plaintiff Nancy Gwinn is 49 years old and has worked for Defendants for 22 years.

75.     Plaintiff Sharyn Barbiea is 61 years old and has worked for Defendants for 23 years.

76.     Plaintiff Virginia Hall is 63 years old and has worked for Defendants for 19 years.

77. Plaintiff Gregory Hastings is 55 years old and has worked for Defendants for 36 years.

78. Plaintiff Sharon Hazard is 49 years old and has worked for Defendants for 24 years.

79. Plaintiff Elizabeth Helbling is 45 years old and has worked for Defendants for 13 years.

80. Plaintiff Janet Henderson is 56 years old and has worked for Defendants for 35 years.

81. Plaintiff Mary Hedrick is 45 years old and has worked for Defendants for 21 years.

82. Plaintiff Jackie Henthorn is over 40 years old and has worked for Defendants for many years.

83. Plaintiff Laurie Herald is 44 years old and has worked for Defendants for 23 years.

84. Plaintiff Julie Hunley is 45 years old and has worked for Defendants for 21 years.

85. Plaintiff Amiel Israel is 45 years old and has worked for Defendants for 23 years.

86. Plaintiff Theresa Janszen is 52 years old and has worked for Defendants for 29 years.

87. Plaintiff Darryl Jones is 40 years old and has worked for Defendants for 12 years.

88. Plaintiff Grace Ann Kilgore is 53 years old and has worked for Defendants for 24 years.

89. Plaintiff Amy Kindt is 43 years old and has worked for Defendants for 22 years.

90. Plaintiff Gail Komnenovich is 51 years old and has worked for Defendants for 29 years.

91. Plaintiff Donna Langenbrunner is 51 years old and has worked for Defendants for 29 years.

92. Plaintiff Susan Larson is 51 years old and has worked for Defendants for 24 years.

93. Plaintiff Laura Lehmkuhl is 42 years old and has worked for Defendants for 20 years.

94. Plaintiff Gina Marquardt is 45 years old and has worked for Defendants for 20 years.

95.     Plaintiff Suzanne Martin is 54 years old and has worked for Defendants for 35 years.

96.     Plaintiff Donna Maupin is 50 years old and has worked for Defendants for 30 years.

97.     Plaintiff Evette McClure is 40 years old and has worked for Defendants for 19 years.

98.     Plaintiff Ursula Minor is 51 years old and has worked for Defendants for 26 years.

99.     Plaintiff Lisa Nessler is 48 years old and has worked for Defendants for 22 years.

100.    Plaintiff Linda Marie Niehaus is 52 years old and has worked for Defendants for 29 years.

101.    Plaintiff Kris Niemeyer is over 40 years old and has worked for Defendants for many years.

102.    Plaintiff Laurie Herald is 44 years old and has worked for Defendants for 23 years.

103.    Plaintiff Jeanie Norton is 46 years old and has worked for Defendants for 23 years.

104.    Plaintiff Laurie Herald is 44 years old and has worked for Defendants for 23 years.

105.    Plaintiff Shermaine Owens is 54 years old and has worked for Defendants for 32 years.

106.    Plaintiff Louise Pfaehler is 38 years old and has worked for Defendants for 13 years.

107.    Plaintiff Laurie Herald is 44 years old and has worked for Defendants for 23 years.

108.    Plaintiff Ryna Rajagopal is 42 years old and has worked for Defendants for 19 years.

109.    Plaintiff Laurie Herald is 44 years old and has worked for Defendants for 23 years.

110.    Plaintiff Charles Reynolds is 61 years old and has worked for Defendants for 8 years.

111.    Plaintiff Geraldine Robinson is over 40 years old and has worked for Defendants for many years.

112.    Plaintiff Lana Robinson is 40 years old and has worked for Defendants for 21 years.

113.    Plaintiff Deborah Rogers is 56 years old and has worked for Defendants for 22 years.

114.    Plaintiff Karen Saab is 50 years old and has worked for Defendants for 23 years.

-18-

115.    Plaintiff Olivia Saylor is over 40 years old and has worked for Defendants for many years.

116.    Plaintiff Cathy Scott Herald is 55 years old and has worked for Defendants for 28 years.

117.    Plaintiff Laurie Herald is 44 years old and has worked for Defendants for 23 years.

118.    Plaintiff Alan Sefakis is 53 years old and has worked for Defendants for 17 years.

119.    Plaintiff Judy Sexton is 56 years old and has worked for Defendants for 29 years.

120.    Plaintiff Lori Seymour is 45 years old and has worked for Defendants for 21 years.

121.    Plaintiff Joanne Shreve is 56 years old and has worked for Defendants for 24 years.

122.    Plaintiff Angela K. Simons is 50 years old and has worked for Defendants for 30 years.

123.    Plaintiff Kathy Sketch is 49 years old and has worked for Defendants for 23 years.

124.    Plaintiff Pamela J. Smith is 41 years old and has worked for Defendants for 19 years.

125.    Plaintiff Patricia J. Smith is 46 years old and has worked for Defendants for 17 years.

126.    Plaintiff Lisa Starkey is 49 years old and has worked for Defendants for 23 years.

127.    Plaintiff Ervin Stiers is 58 years old and has worked for Defendants for 29 years.

128.    Plaintiff Linda Stiers is 57 years old and has worked for Defendants for 29 years.

129.    Plaintiff Enid Sunderman is 44 years old and has worked for Defendants for 21 years.

130.    Plaintiff Rebecca Taylor is 53 years old and has worked for Defendants for 23 years.

131.    Plaintiff Anita Thomas is 52 years old and has worked for Defendants for 21 years.

132.    Plaintiff Vicki Thomas is 47 years old and has worked for Defendants for 23 years.

133.    Plaintiff Patricia Thornton is 44 years old and has worked for Defendants for 23 years.

134.    Plaintiff Krista Torbeck is 48 years old and has worked for Defendants for 23 years.

135.    Plaintiff Chris Tuke is 45 years old and has worked for Defendants for 21 years.

136.    Plaintiff Diane Tull is 56 years old and has worked for Defendants for 8 years.

137.    Plaintiff Teresa Turner is 44 years old and has worked for Defendants for 23 years.

138.    Plaintiff Theresa Tye 47 years old and has worked for Defendants for 18 years.

139.    Plaintiff Juliana Utz is 45 years old and has worked for Defendants for 22 years.

140.    Plaintiff Gail Walter is 45 years old and has worked for Defendants for 24 years.

141.    Plaintiff Nancy Walz is 43 years old and has worked for Defendants for 22 years.

142.    Plaintiff Phyllis Wellman is 52 years old and has worked for Defendants for 32 years.

143.    Plaintiff Jannifer West is 53 years old and has worked for Defendants for 30 years.

144.    Plaintiff Gayla Wintzinger is 47 years old and has worked for Defendants for 22 years.

145.    Plaintiff Shauna Zamora is 51 years old and has worked for Defendants for 25 years.

146.    In addition to the above-described Plaintiffs, various persons who are employees of the Company and who are similarly situated to the Plaintiffs will file written consents to join this action as "opt-in" plaintiffs as to the federal claim.

147.    Plaintiffs have exhausted their administrative remedies by filing Charges of Discrimination with the Equal Employment Opportunity Commission ("EEOC") and receiving Notice of Suit Rights from that agency.

## JURISDICTION AND VENUE

148.    This is a "collective" and class action authorized by and instituted under the ADEA, the FLSA, and Rule 23, F.R. Civ. P.

149.    This Court has diversity jurisdiction over all Counts in this matter pursuant to 28

U.S.C. § 1332, as the parties to this action are completely diverse and the amount in controversy exceeds $75,000.00.

150.    Count I of the Complaint is based on federal law.  As to Count I, this Court has jurisdiction pursuant to 28 U.S.C. Section 1331.

151.    Written consents to join this action as to the federal claims of age discrimination, as and when executed by other individual plaintiffs, will be filed pursuant to §16(b) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. 201 et seq.

152.    Counts II and III of the Complaint are based on Ohio law.  This Court has supplemental jurisdiction over Counts II and III.

153.    Venue lies in the Southern District of Ohio, Western Division, pursuant to 28 U.S.C. 1391(c).

154.    Defendants committed age and/or sex discrimination when they decided to close their Cincinnati Reservation Office and terminate employment at the Cincinnati Reservations Office, effective August 15, 2008, because of the age and/or sex of its Cincinnati Reservations Office employees.

## RELIEF SOUGHT

155.    This is a proceeding for: (a) back pay; (b) front pay; (c) lost benefits, including but not limited to lost pension or retirement benefits; (d) liquidated damages; (e) declaratory judgment; (f) injunctive and affirmative relief requiring that the Defendants reinstate Plaintiffs and those terminated employees of the class they represent; (g) punitive damages and compensatory damages; (h) attorney fees; and (i) such other relief as may be appropriate.

## NATURE OF CLASS ACTION

156.    Pursuant to Local Rule 23.2, Plaintiffs bring this action on their own behalf, pursuant to 29 U.S.C. 216(b) for Count I and Rule 23, F. R. Civ. P. as to Counts II and III, and on behalf of all

other persons similarly situated who (1) are at least 40 years old, have been, are being, or will be adversely affected by the Company's unlawful conduct; and/or (2) are female, have been, are being, or will be adversely affected by the Company's unlawful conduct. The "classes" which Plaintiffs seek to represent and/or for whom Plaintiffs seek the right to send "opt-in" notices for purposes of the collective action, and/or of which Plaintiffs are themselves members, are composed of and defined as follows:

(1) All persons, male and female, in the former employ of the Company, who:

    (a)    were at least 40 years of age;
    (b)    were employed by Defendants at the Cincinnati Reservations Office;
    (c)    will be involuntarily discharged, laid off, terminated, forced to commute and/or accepted "early retirement;"
    (d)    were subjected to such adverse employment actions as described in (c) pursuant to or in connection with Defendants' decision to close its Cincinnati Reservations Office.

(2) All persons in the former employ of the Company, who:

    (a)    are female;
    (b)    were employed by Defendants at the Cincinnati Reservations Office;
    (c)    will be involuntarily discharged, laid off, terminated, forced to commute and/or accepted "early retirement;"
    (d)    were subjected to such adverse employment actions as described in (c) pursuant to or in connection with Defendants' decision to close its Cincinnati Reservations Office.

157. Plaintiffs are unable to state at this time the exact size of the potential class but, upon information and belief, aver that it approximates 275 persons. Written consents will be filed as additional opt-in plaintiffs elect to join the class under the ADEA.

158. As set forth herein, this collective action and class action meet the requirements for being maintained and prosecuted as a class action in that the Plaintiffs and opt-in plaintiffs are all similarly situated.

159. Plaintiffs will fairly and adequately represent and protect the interests of the members of the class. The interests of the representatives and the interests of all class members are aligned.

Plaintiffs are attempting to benefit all class members.  Each of the class members has been discriminated against by Defendants and wrongfully terminated on account of their age and/or sex. Each Plaintiff shares the same interest as each class member - full and fair compensation for damages resulting from Defendants's misconduct.  The fact that Plaintiffs' claims are typical of the claims of the class ensures that Plaintiffs will preserve the interests of all class members.  Plaintiffs do not have any interest that competes with the interests of other class members because by pursuing their own interest, Plaintiffs advance the interests of the entire class.  Plaintiffs have begun establishing a fund to defray the expenses incurred in pursuing this litigation.  There are no potential conflicts of interest between the proposed class representatives and the members of the class.  The claims of all parties arise from an identical fact pattern and are based upon identical theories of law.

160.    The allegations by Plaintiffs contain common questions of law and fact.  Plaintiffs, therefore, satisfy the requirement of Rule 23(a)(2) that the litigation involve "questions of law or fact common to the class."  In the present case, the common issues of law and fact are abundant. Specifically, there are common questions of fact regarding Defendants's conduct and representations, such as:

A.    Did Defendants consider the age of its workforce before they chose to close the Cincinnati Reservations Office?

B.    Did Defendants consider the sex of its workforce before they chose to close the Cincinnati Reservations Office?

C.     Did Defendants replace members of the class with younger and/or male less qualified employees?

D.    Does Defendants' offer of other employment out of state excuse otherwise unlawful conduct?

Likewise, there are numerous common issues of law, such as:

-23-

A.      Did Defendants discriminate against the class on account of their age?

B.      Did Defendants discriminate against the class on account of their sex?

C.      Has the class been injured by Defendants' conduct?

D.      Was Defendants' conduct willful and undertaken with such disregard and recklessness as to allow the class to recover punitive damages?

161.    Plaintiffs' claims focus entirely on Defendants' wrongful conduct and thus are typical of the claims of the class.  Plaintiffs assert claims involving specific actions taken by Defendants affecting the entire class.  Plaintiffs do not make any claims involving activities affecting only a limited number of Plaintiffs.  Consequently, Plaintiffs meet the typicality requirement because their claims arise from the same event or course of conduct that gives rise to claims of other class members and the claims are based on the same legal theories.  Each legal claim by the Plaintiffs mirrors the legal claims each class member has against Defendants.

## RESORT TO ADMINISTRATIVE PROCEDURES

162.    As of June 2, 2008, within the time prescribed by 29 U.S.C. 626(d) of the ADEA, Plaintiffs Denise Abt, Larry Averbeck, Karen Baillie, Cynthia Baker, Sharyn Barbiea, Marvelene Barr, Tamara Barton, Sheila Battle, David Bennett, Nancy Bingham, Melissa Blankenship, Michelle Bors, Elaine Brock, Shirley Brooks, Dianna Cameron-Thomas, LaVerne Chancellor, Pamela Childers, Mary Beth Conradi, Kim Crosby, Rochell Dawson, Deborah Dorsel, Lori Duenhoft, Nancy Egan, Kelly Elam, Jill Elsener, Edward Emrath, Vernice Fessel, Mary Fetick, Lynne Glandorf, Gary Goodwin, Holly Greene, Janice Gruber, Jean Haley, Vivian Harvey, Gregory Hastings, Sharon Hazard, Mary Hedrick, Elizabeth Helbling, Janet Henderson, Lori Herald, Julie Hunley, Amiel Israel, Theresa Janszen, Darryl Jones, Derryn Jones, Grace Ann Kilgore, Amy Kindt, Deborah Koester, Gail Komnenovich, Donna Langenbrunner, Susan Larson, Nancy Leedy, Laura Lehmkuhl, Madeline Longmire, Gina Marquardt, Suzanne Martin, Donna Maupin, Sharon Meece, Ursula

Minor, Lisa Nessler, Linda Marie Niehaus, Jeanie Norton, LeeAnn O'Rourke, Shermaine Owens, Louise Pfaehler, Robin Pottebaum, Charles Reynolds, Lana Robinson, Deborah Rogers, Suzanne Sanchez, Michael Scherpenberg, Judy Sexton, Lori Seymour, Kathy Sketch, Pamela Smith, Patricia Smith, Lisa Starkey, Lora Stephenson, Ervin Stiers, Linda Stiers, Diane Stricker, Rebecca Taylor, Patricia Thornton, Krista Torbeck, Christopher Tuke, Diane Tull, Theresa Turner, Theresa Tye, Juliana Utz, Gail Walter, Nancy Walz, Sharron Watkins, Phyllis Wellman, Benita Simpson Williams, Patricia Mann Williams, Gayla Wintzinger, and Cynthia Wise, by a written charge, on behalf of themselves and all other persons similarly situated, filed a charge and complaint of age discrimination against the Company under the ADEA with the federal Equal Employment Opportunity Commission ("EEOC").  In substance, said charges asserted that Defendants' decision to terminate employment at its Cincinnati Reservations Office constituted age and/or sex discrimination against Plaintiffs and all other persons similarly situated in that it wrongfully and involuntarily terminated them from employment at the Cincinnati Reservations Office because of age.

## COUNT I

(Age Discrimination in Violation of the ADEA)

163.    The Plaintiffs reallege each and every allegation set forth in paragraphs 1 through 162 of the Complaint.

164.    Defendants operate their Cincinnati Reservations Office in Cincinnati, Ohio.

165.    Plaintiffs are long term employees of Defendants at Defendants' Cincinnati Reservations Office.

166.    The Cincinnati Reservations Office employs 275 agents between the ages of 40 and 54.

167.    Of these 275 agents 248 are female.

-25-

168.    On October 10, 2007, Defendants announced that it intended to close the Cincinnati Reservation August 15, 2008.

169.    The announcement came from Bella Goren, Senior Vice President of Customer Service and Reservation Sales.  At that time, some "options" were given to employees impacted by the closure.

170.    Plaintiffs were offered a transfer to an office out of state.

171.    Plaintiffs were offered severance of employment with maximum of 13 weeks severance pay and an additional $12,500 for agents with a protection package.

172.    Plaintiffs 55 years old could retire with severance and protection package (if applicable).   Plaintiffs between 50 and 55 years old could sever from employment with Defendants and apply for retirement benefits after turning 55.

173.    Defendants also offered Plaintiffs a Home-Based Workers program.

174.    Home Based employees have a different pay and insurance structure than Cincinnati Reservations Office employees.   Home Based employees only earn up to $15.00 per hour, have no paid vacation, do not receive retiree medical benefits, and do not receive sick pay.  Home Based employees must self-fund their medical benefits.

175.    Most Cincinnati Reservations Office employees would lose $6.00 in hourly pay, retiree medical benefits, company funded medical benefits, paid sick time, holiday pay, and paid vacation time, were they to have accepted Home Based employment.

176.    To transfer to a different state would be materially impracticable for Plaintiffs.  To commute to a different state would entail tremendous economic expenditure.

177.    Defendants knew that transferring to a different state would be materially impracticable for its Cincinnati Reservations Office employees.

-26-

178.    Defendants withdrew the Home-Based Workers offer on February 20, 2008, as fewer than 50 Cincinnati Reservations Office employees had accepted the offer by February 18, 2008.

179.    Defendants recently posted openings for 200 employees in the Advantage and International Advantage departments.

180.    The only "options" available to Plaintiffs and the proposed collective and class are involuntary discharge, lay-off, termination, out-of-state commute or "early retirement"

181.    Plaintiffs' relatively high rates of pay are a function of their age, inasmuch as the rates of pay were dependent upon many successful years of service.

182.    Many Cincinnati Reservations Office employees are being replaced by lower cost, less senior, younger and/or male employees.

183.    Defendants have intentionally and wilfully engaged in a series of unlawful acts, practices, policies, and procedures in violation of the ADEA.

184.    The several practices have been part of a systematic and concerted staff reduction program and/or layoff program extensively designed to reduce operating expenses by means of layoffs and terminations.

185.    Defendants' conduct reflects, in both purpose and effect, a blatant and willful pattern of age discrimination.  The Company's discriminatory activities have included, but have not been limited to, the following:

(a)    Designing, establishing, implementing and maintaining employee retention and elimination procedures, policies and practices which have been unlawful and discriminatory in purpose and/or impact in terminating from employment qualified persons who are at least the age of 40 because of their age;

(b)    Establishing, implementing and maintaining other employment policies and practices which have been motivated by financial and cost-cutting considerations which in purpose and/or impact have otherwise adversely affected the employment status of persons who are at least 40 years of age.

186.    As a consequence of the foregoing, the Company's Program has produced both a disparate adverse treatment of and a disparate adverse impact upon employees who are at least 40 years of age.

187.    As a consequence of the foregoing, Defendants have produced both a disparate adverse treatment of and a disparate adverse impact upon employees who are at least 40 years of age.

188.    In particular, Defendants have caused, directly and indirectly, the disproportionate elimination from the Company's job ranks of substantial numbers of employees are at least 40, including Plaintiffs and the collective and class they represent.

189.    The above-described pattern and practice of systematic and concerted discrimination complained of by Plaintiffs has similarly affected all other members of the class so that the claims of such class members are common and typical to each other.

190.    Defendants' unlawful conduct directly and proximately caused the named Plaintiffs and all others similarly situated to suffer damage for which they are entitled to judgment.

## COUNT II

(Age Discrimination Violation of State Law)

191.    Plaintiffs reallege Paragraphs 1 through 190 of the Complaint as if fully rewritten herein.

192.    Plaintiffs and all others similarly situated were all experienced and well qualified for their positions with the Company and their work performance was consistently satisfactory.

193.    On or about October 10, 2007, Plaintiffs and all others similarly situated were notified that their services were no longer needed at the Cincinnati Reservations Office, effective August 15, 2008.

194. The terminations of Plaintiffs from the Cincinnati Reservations Office and all others similarly situated are part of a systematic and concerted staff reduction program and/or lay off program extensively designed to reduce operating expenses by means of lay offs and terminations

195. Defendants chose to close its Cincinnati Reservations Office and terminate Plaintiffs' employment there and the employment there of all others similarly situated because of their age in violation of Ohio Revised Code §4112.02 and they are entitled to judgment pursuant to Ohio Revised Code §4112.99.

196. Defendants' willful, intentional and unlawful conduct directly and proximately caused damages to Plaintiffs and all others similarly situated for which they are entitled to judgment.

## COUNT III

(Sex Discrimination in Violation of State Law)

197. Plaintiffs reallege Paragraphs 1 through 196 of the Complaint as if fully rewritten herein.

198. Plaintiffs and all others similarly situated were all experienced and well qualified for their positions with the Company and their work performance was consistently satisfactory.

199. On or about October 10, 2007, Plaintiffs and all others similarly situated were notified that their services were no longer needed at the Cincinnati Reservations Office, effective August 15, 2008.

200. The terminations of Plaintiffs from the Cincinnati Reservations Office and all others similarly situated are part of a systematic and concerted staff reduction program and/or lay off program extensively designed to reduce operating expenses by means of lay offs and terminations.

201. Defendants chose to close its Cincinnati Reservations Office and terminate Plaintiffs employment there and the employment there of all others similarly situated because of their sex in

violation of Ohio Revised Code §4112.02 and they are entitled to judgment pursuant to Ohio Revised Code §4112.99.

202.    Defendants' willful, intentional and unlawful conduct directly and proximately caused damages to Plaintiffs and all others similarly situated for which they are entitled to judgment.

**WHEREFORE**, Plaintiffs and all those similarly situated respectfully request that this Court grant Plaintiffs and the class they represent a permanent injunction enjoining Defendants, its agents, its successors, employees, and other representatives from engaging in or continuing to engage in any employment acts, policies, practices, or procedures which may discriminate, in purpose and/or impact, against any present or former employee of the Defendants on the basis of said employee's age and/or sex and award against the Defendants and in favor of the Plaintiffs and the class they represent actual damages for loss of revenue, including back pay, future earnings, pension adjustments, compensatory and punitive damages, and reasonable attorneys fees for prosecuting this action.

Respectfully submitted,

/s/ Tod J. Thompson
Randolph H. Freking (0009158)
Kelly Mulloy Myers (0065698)
Tod J. Thompson (0076446)
Attorneys for Plaintiffs
FREKING & BETZ, LLC
525 Vine Street, Sixth Floor
Cincinnati, OH  45202
Phone: (513) 721-1975/Fax: (513) 651-2570
*randy@frekingandbetz.com*
*kmyers@frekingandbetz.com*
*tthompson@frekingandbetz.com*

**CO-COUNSEL FOR PLAINTIFFS**

Dennis Alerding, Jr.
303 Greenup Street, Suite 300
Covington, KY 41011
Phone: (859) 431-8100

Eric D. Deters
5247 Madison Pike
Independence, KY 41051
Phone: (859) 363-1900/Fax: (859) 363-1444


**JURY DEMAND**

Plaintiffs hereby demand a trial by jury on all issues so triable.


/s/ Tod J. Thompson


**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2009, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.


/s/ Tod J. Thompson